

# The Attorney General
# of Texas

### Austin 11, Texas

W.AGGONER CARR
ATTORNEY GENERAL

October 11, 1965

Honorable Robert S. Calvert
Comptroller of Public Accounts
Austin, Texas

Opinion No. C-523

Re: If the University of
Houston were to invite a
United States employee to
give a commencement ad-
dress, would it be pos-
sible to issue a state
warrant to this individual
as an honorarium for the
talk given?

Dear Mr. Calvert:

You have requested the opinion of this office on the
question of:

"If the University of Houston were to
invite a United States government employee
to give a commencement address, would it be
possible to issue a state warrant to this
individual as an honorarium for the talk
given?"

Webster's New International Dictionary, Second Edi-
tion, defines an "honorarium" as:

"An honorary payment or reward, usually
in recognition of gratuitous or professional
services on which custom or propriety forbids
any fixed business price to be set, or for
which no payment can be enforced at law. . . ."

Black's Law Dictionary, Fourth Edition, defines an
"honorarium" as:

". . .An honorary or free gift; a gratuitous
payment, as distinguished from hire or compensation
for service. . . ."   (Emphasis added).

Section 51 of Article III of the Constitution of Texas
provides in part that:

-2462-

"The Legislature shall have no power to
make any grant or authorize the making of any
grant of public moneys to any individual. . . ."

As the foregoing definitions of an "honorarium"
establish such a payment to an individual to be in the nature
of a gift or a gratuity, we are of the opinion that the issuance
of a state warrant for the payment of an "honorarium" would be
in violation of Section 51 of Article III of the Constitution
of Texas, which specifically prohibits the making of grants,
gifts or donations of public money to individuals.

## S U M M A R Y

The issuance of a state warrant for the pay-
ment of an "honorarium" to an individual making
a commencement address at the University of Houston
would be in violation of Section 51 of Article III
of the Constitution of Texas.

Very truly yours,

WAGGONER CARR
Attorney General

By: Pat Bailey
Pat Bailey
Assistant

PB:mkh

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Mario Obledo
Alan Minter
Ben Harrison
Harry Gee

APPROVED FOR THE ATTORNEY GENERAL
BY:  T. B. Wright